**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
ROBERT PEARSON,

                            Plaintiff,                    24 **CIVIL** 8254 (KMK)

            -against-                                          **JUDGMENT**

  C.O. CAPPELLI, et al.,

                            Defendants.
--------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 26, 2026, the Court grants Defendants'

Motion to dismiss without prejudice. While the Court does not grant leave to amend because

amendment would be futile, see supra note 3, this dismissal is without prejudice to Plaintiff

bringing a new action concerning this incident after having exhausted his administrative

remedies. See Perez v. City of New York, No. 14-CV-7502, 2015 WL 3652511, at *5 (S.D.N.Y.

June 11, 2015) ("Plaintiff is advised that, because he did not exhaust his administrative remedies,

the Complaint is dismissed without reaching the merits of his claims for violations of the First,

Eighth and Fourteenth Amendments.... Plaintiff's claims are dismissed without prejudice.").

Accordingly, the case is closed.

**Dated:**  New York, New York

        March 30, 2026

                                              **TAMMI M. HELLWIG**
                                         _____
                                                **Clerk of Court**


                        **BY:**

                                         _____
                                                **Deputy Clerk**